**Steven Lewis BARNES, Plaintiff–Appellant,**

v.

**A. Dell DOBY, Sheriff; P. Hall, Lieutenant; Lieutenant Harris; Lieutenant Karen Jaggars; Nurse Kathy; Nurse Terry; Staff Wade; Wayne Adams; John Doe, of the food department at Aiken Regional Hospital; John and Jane Does, Staff at Edgefield Detention Center, Defendants–Appellees.**

No. 07–7654.

United States Court of Appeals, Fourth Circuit.

Submitted: May 13, 2008.

Decided: July 23, 2008.

Steven Lewis Barnes, Appellant Pro Se. Daniel C. Plyler, Davidson, Morrison & Lindemann, PA, Columbia, South Carolina; Kathleen Devereaux Cauthen, Cauthen Law Firm, Blythewood, South Carolina, for Appellees.

Before TRAXLER and KING, Circuit Judges, and WILKINS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven Lewis Barnes appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Barnes v. Dobey,* No. 4:05–cv–02073–MBS, 2007 WL 2908582 (D.S.C. Sept. 30, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court

and argument would not aid the decisional process.

*AFFIRMED.*